DOWNEY BRAND LLP
ROBERTA L. FRANKLIN (BAR NO. 65836)
RALPH R. NEVIS (BAR NO. 202730)
CASSANDRA M. FERRANNINI (BAR NO. 204277)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendants and Counter-Claimants,
COUNTY OF COLUSA, COUNTY OF COLUSA DEPARTMENT OF PUBLIC WORKS, JON S. WRYSINKI, DONALD F. STANTON and DAVID J. SHOEMAKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ENGRAHM,<br><br>Claimant,<br><br>v.<br><br>COUNTY OF COLUSA, COUNTY OF COLUSA DEPARTMENT OF PUBLIC WORKS, JON S. WRYSINKI, individually and in his capacity as Director of County of Colusa Dept. of Public Works, DONALD F. STANTON, individually and in his capacity as legal counsel to County of Colusa, DAVID J. SHOEMAKER, individually and in his capacity as CAO/Personnel Director of Colusa County Dept. of Public Works,<br><br>Defendants | Case No. CIV.S-04-1290-GEB/GGH<br><br>**STIPULATION AND [PROPOSED] ORDER ON THE COUNTY OF COLUSA'S MOTION TO COMPEL EXPERT WITNESS REPORTS AND FOR SANCTIONS (Fed. R. Civ. P. 37(a) and 26(c)(1); Local Rule 37-251)**<br><br>Date:       September 29, 2005<br>Time:      10:00 a.m.<br>Courtroom: 24<br>Judge:     Gregory G. Hollows |

On September 8, 2005, Defendants COUNTY OF COLUSA, DEPARTMENT OF PUBLIC WORKS, JON S. WRYSINSKI, DONALD F. STANTON, and DAVID J. SHOEMAKER (the "County") noticed a motion to compel Plaintiff DOUGLAS ENGRAHM ("Engrahm") to comply with his obligations pursuant to Fed. R. Civ. P. 26(a)(2)(B) by providing a written report prepared and signed by his expert witnesses. The County contended that Mr. Engrahm had not provided an expert witness report as required by Rule 26. After the County filed its notice of motion, Mr. Engrahm's counsel agreed to provide a report by no later than September 29, 2005, the date set for hearing of the County's motion.

The County also moved for an order that Engrahm and his attorney of record pay to the County its reasonable costs and attorney fees incurred by moving defendants in connection with bringing this motion. Fed. R. Civ. P. 37(a)(2)(A). The County hereby withdraws that request.

The parties now stipulate and agree that Mr. Engrahm will deliver to the County's attorneys at Downey Brand LLP by not later than 4:00 p.m. on September 29, 2005, an expert report that fully complies with the requirements of Federal Rule of Civil Procedure 26(a)(2)(B) prepared and signed by his designated expert Robert G. Wallace.

DATED: September 21, 2005        DOWNEY BRAND LLP


By: /s/ Roberta L. Franklin
ROBERTA L. FRANKLIN
Attorneys for Defendants
COUNTY OF COLUSA, COUNTY OF COLUSA DEPARTMENT OF PUBLIC WORKS, JON S. WRYSINKI, DONALD F. STANTON and DAVID J. SHOEMAKER

/ / /
/ / /
/ / /
/ / /

STIPULATION AND [PROPOSED] ORDER ON THE COUNTY'S MOTION TO COMPEL EXPERT WITNESS REPORT

DATED: September 22, 2005        LAW OFFICES OF GEOFFREY O. EVERS

By: /s/ Geoffrey O. Evers *
GEOFFREY O. EVERS
Attorney for Plaintiff
DOUGLAS ENGRAHM

*Original signature retained by attorney
Roberta L. Franklin

**IT IS SO ORDERED**

DATE: Sept. 26, 2005

GREGORY G. HOLLOWS
HON. GREGORY G. HOLLOWS

703592.1

DOWNEY BRAND LLP