IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS ENGRAHM,

        Plaintiff,        No. CIV S-04-1290 GEB GGH

   vs.

COUNTY OF COLUSA et al.,

        Defendants.        <u>ORDER</u>

_____/

        Previously pending on this court's law and motion calendar for September 29, 2005, was defendants' request for independent mental examination. Geoffrey Evers appeared on behalf of plaintiff.  Ralph Nevis appeared for defendants.

        Having reviewed the joint stipulation and heard oral argument, IT IS ORDERED that defendants' September 8, 2005 motion to compel mental examination of plaintiff is denied.

DATED: 10/4/05

        /s/ Gregory G. Hollows

        _____
        GREGORY G. HOLLOWS
        U. S. MAGISTRATE JUDGE

GGH/076
Engrahm1290.ime.wpd