IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ENGRAHM,<br><br>  Plaintiff,<br>  v.<br><br>COUNTY OF COLUSA, COUNTY OF COLUSA DEPARTMENT OF PUBLIC WORKS, JON S. WRYSINSKI, individually and in his capacity as Director of County of Colusa Dept. of Public Works, DONALD F. STANTON, individually and in his capacity as legal counsel to County of Colusa, DAVID J. SHOEMAKER, individually and in his capacity as CAO/Personnel Director of Colusa County Dept. of Public Works,<br><br>  Defendants. | 02:04-cv-1290-GEB-GGH<br><br>ORDER[*] |

Plaintiff moves for sanctions against Defendants under Federal Rule of Civil Procedure 11, arguing that Defendants' counterclaim is frivolous and brought for the sole purpose of harassing Plaintiff.[1]  (Pl.'s P. & A. in Support of Mot. for R. 11

---

[*] This motion was determined to be suitable for decision without oral argument.  L.R. 78-230(h).

[1] All references to "Rules" are to the Federal Rules of Civil Procedure unless otherwise indicated.

1

1  Sanctions at 6-7.)  Plaintiff contends that he has "respectfully
2  requested that Counter-Claimants voluntarily dismiss their
3  counterclaim" and that because Defendants "have failed to do so, it is
4  readily apparent that the [sic] reluctancy . . . is based solely on
5  their intent to harass and intimidate."  (Id. at 7.)
6       Under Rule 11(c), sanctions are authorized subject to
7  certain conditions, including compliance with a "safe harbor"
8  provision.  The "safe harbor" provision requires the party moving for
9  sanctions to serve the opposing party with the motion twenty-one days
10 prior to filing.  Plaintiff alludes to a request by Plaintiff to
11 Defendants to dismiss their counterclaim; however, the record does not
12 reveal that Plaintiff has complied with the Rule 11 service
13 requirement.  "It would wrench both the language and purpose of the
14 [safe harbor provision] to permit an informal warning to substitute
15 for service of a motion."  Barber v. Miller, 146 F.3d 707, 710 (9th
16 Cir. 1998).  Since Plaintiff has failed to demonstrate compliance with
17 Rule 11(c), his motion for sanctions is denied.[2]
18       IT IS SO ORDERED.
19 DATED:  October 20, 2005

                                      /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

---

[2]  Although Plaintiff's Reply states that he "submits this reply brief in support of his motion to dismiss Counterclaim of Defendants . . . pursuant to Federal Rule of Civil Procedure 12(b)(6)," no such motion is pending.  See Local Rule 78-230.