IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS ENGRAHM,

    Plaintiff,        No. CIV S-04-1290 GEB GGH

    vs.

COUNTY OF COLUSA et al.,

    Defendants.        ORDER

_____/

Plaintiff's motion to compel presently is calendared for hearing on November 10, 2005. Having reviewed the record, the court has determined that the motion is untimely based on Judge Burrell's amended scheduling order, filed December 14, 2004, which set a discovery cutoff of October 19, 2005. The original scheduling order required that all discovery shall have been completed by the cutoff, and that "any disputes relative to discovery shall have been resolved by appropriate orders, if necessary, and, where discovery has been ordered, the order has been complied with ...." Plaintiff's motion is therefore untimely.

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion to compel, filed October 20, 2005, is vacated from the November 10, 2005 calendar.

DATED: 11/7/05                            /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  U. S. MAGISTRATE JUDGE

GGH:076:Engrahm1290.vac.wpd

1