1  Geoffrey O. Evers, Esq. (No. 140541)
   LAW OFFICES OF GEOFFREY O. EVERS
2  3415 American River Drive, Suite B
   Sacramento, CA 95864
3  Telephone:   (916) 974-3000
   Facsimile:    (916) 974-7063
4
   Brett L. McKague, Esq. (No. 160396)
5  MCKAGUE AND TONG, LLP
   250 Montgomery Street, Ste.1100
6  San Francisco, CA 94104
   Telephone:   (415) 409-5222
7  Facsimile:    (415) 409-0467

8  Attorneys for Plaintiff
   Douglas Engrahm
9

10                 UNITED STATES DISTRICT COURT

11                 EASTERN DISTRICT OF CALIFORNIA

12 DOUGLAS ENGRAHM                    Case No.:   CIV.S-04-1290 GEB GGH

13        Claimant,
                                      REQUEST FOR DISMISSAL OF
14 v.                                 INDIVIDUAL DEFENDANTS DONALD F.
                                      STANTON AND DAVID J. SHOEMAKER
15 COUNTY OF COLUSA, COUNTY OF
   COLUSA DEPARTMENT OF PUBLIC
16 WORKS, JON S. WRYSINSKI,
   individually and in his capacity as Director
17 of County of Colusa Dept. of.Public Works,
   DONALD F. STANTON, individually and
18 in his capacity as legal counsel to County of
   Colusa, DAVID J. SHOEMAKER,
19 individually and in his capacity as
   CAO/Personnel Director of Colusa County
20 Dept. of Public Works.

21 _____ /

22

23        Plaintiff, DOUGLAS ENGRAHM, dismisses with prejudice any and all causes of action,

24 rights, interests or claims against the named individual Defendants, Donald F. Stanton and David

25 J. Shoemaker, in this matter for any and all events, transactions, or communications arising out of

26 or in any way relating to the events and circumstances set forth in Plaintiff's complaint filed herein.

27        On March 13, 2006, Defendants served upon Plaintiff a Rule 68 Offer for Settlement. On

28 March 24, 2006, Plaintiff accepted the Rule 68 Offer as it related to Defendants Donald F. Stanton

1  and David J. Shoemaker only. Accordingly, this Dismissal as it relates to Defendants Stanton and
2  Shoemaker is done pursuant to the terms and conditions of the Rule 68 Offer.
3      Defendants Donald F. Stanton and David J. Shoemaker have, by way of their counsel,
4  reviewed this Request for Dismissal and approve it as to form. Accordingly, Plaintiff, Douglas
5  Engrahm, requests that this court approve the dismissal requested herein.

6
7  Dated: June 5, 2006                    Respectfully submitted,
                                          LAW OFFICES OF GEOFFREY O. EVERS

8
9                                    By:         /s/ Geoffrey O. Evers
10                                                             Geoffrey O. Evers
                                                             Attorney for Plaintiff, Douglas Engrahm
11
12 **APPROVED AS TO FORM:**

13
14 Dated: June 6, 2006                    Respectfully submitted,
                                           DOWNEY BRAND LLP
15
16                                   By:        /s/ Cassandra M. Ferrannini
                                                            Cassandra M. Ferrannini
17                                                             Attorney for Defendants, Donald F. Stanton
                                                            and David J. Shoemaker
18
19
20                                           ORDER THEREON
21        The Court, following a review of the request for dismissal set forth above, hereby orders that
22 the matter of *Engram v. County of Colusa, et al.*, Case No. CIV.S-04-1290 GEB GGH, be dismissed
23 with prejudice as to Defendants Stanton and Shoemaker only.
24       IT IS SO ORDERED.
25
26 Dated: 6-7-06
                                                      UNITED STATES DISTRICT JUDGE
27
28