Honorable Judge Edward L. Garcia
U.S. District Court, 13th Floor

FILED
JUN 14 2006
CLERK US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Dear, Hon. Judge Garcia,   June 9, 2006

I am not quite sure what is the appropriate starting point for this late letter so, I will simply lay bear the facts that will hopefully, crystalize my concerns regarding minimum legal procedure and protections and in particular, the responsibilities of counsel during the sentencing phase. Facts are as follows:

- On May 16, 2005 I was remanded by your honor to County jail on Federal Hold.
- ▲ You indicated you would hear a motion for release prior to formal sentencing.
- ▲ On 50th day I had not heard or seen my attorney. I instructed him to file the above mentioned motion.
- ▲ I sent a letter to your honor briefly forwarding my concerns and as to what options I have.
- ▲ On May 23, 2006, my legal counsel finally showed up with still an unfinished motion. When I asked him what took him so long, He said "I was busy with three other trials." He also said that he was waiting for Probation Officer's Report. (I don't see the relevance)
- ▲ He did say however, that he would file the motion that day. Today is June 9 and to my knowledge, it hadn't been filed.
- ▲ Repeated calls by family members re: status motion for release went unanswered.

Your honor, I respectfully request your attention to the fact that probation officers

initial Report was faxed to his office on May 11th. His visit with me took place on May 27.

Thus my additional concerns are now twofold: Probation officer as well, has not heard from counsel as of June 8th. And I have not had a chance to completely go over the Probation Report to detail areas of concern; as well as generate letters of recommendation from members of the community on my behalf. Moreover, I have not yet provided a formal statement to Probation report as I was still awaiting counsel.

Your honor, it is my hope and understanding that legal counsel must be comprehensive - not partial or piecemeal. I am not sure what lies ahead of me as sentencing date approaches. But, I feel I must advocate, now. That is why my letter is not only a call to action, it is also a form of action. I humbly submit to your honor in what I hope is an organized force with malice towards none yet Righteous indignation Towards Oskersilee legal abandonment.

In closing, I realize that progress takes persistence and change takes time. Something however, is clearly wrong and I'm desparately trying to absorb just how the entire legal court system is supposed to operate.

Thank you honor for your time and consideration to this matter. Respectfully,

CR S05-173 -FCD