UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
August 31, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

**AMENDED JUDGMENT IN A CIVIL CASE**

Engrahm

           v.           CASE NUMBER: CIV S-04-1290 GEB GGH

County of Colusa, et al

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF JUNE 16, 2006.**

                                              Victoria C. Minor,
                                              Clerk of the Court

ENTERED:    August 31, 2006

                                              by:_____
                                              K Carlos, Deputy Clerk